Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 7459 | **DATE** | 8/2/2005 |
| **CASE TITLE** | Chase Manhattan vs. David Haddad | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for order approving report of sale and distribution and order for possession is granted. Enter order approving report of sale and distribution and order for possession.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

